*Friday, July 30, 1999*

## DISCIPLINARY DOCKET

**97–2648.   Cuyahoga Cty. Bar Assn. v. Okocha.**
IT IS ORDERED by this court, *sua sponte,* that Nwabueze Okocha, a.k.a. Nwabueze Vincent Okocha, Attorney Registration No. 0025024, last known address in Cleveland Heights, Ohio, is found in contempt for failure to comply with this court's order of August 12, 1998, to wit: failure to surrender his Certificate of Admission and file an affidavit of compliance on or before September 11, 1998, and failure to pay board costs in the amount of $1,826.60 on or before November 10, 1998.

*Thursday, August 5, 1999*

## MOTION DOCKET

**97–2020.   State v. Chinn.**
Montgomery App. No. 16206. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief was filed by appellant with the Montgomery County Common Pleas Court and that an appeal of the dismissal of that petition was filed in the Montgomery County Court of Appeals,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

*Friday, August 6, 1999*

## MOTION DOCKET

**99–378.   Coletta v. Yang.**
Montgomery App. No. 17289. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion to stay the briefing schedule pending a decision in Supreme Court case No. 98–2445, *Stickney v. State Farm Mutual Auto. Ins. Co.,*

IT IS ORDERED by the court that the motion to stay the briefing schedule be, and hereby is, granted.

F.E. SWEENEY, J., dissents.

LUNDBERG STRATTON, J., not participating.